**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Douglass Ray PATTERSON,**
**Defendant—Appellant.**

No. 03–6051.

United States Court of Appeals,
Sixth Circuit.

Aug. 20, 2004.

Victor L. Ivy, Asst. U.S. Attorney, U.S. Attorney's Office, Jackson, TN, for Plaintiff–Appellee.

Danny R. Ellis, Jackson, TN, for Defendant–Appellant.

Before: CLAY and GILMAN, Circuit Judges, and O'MALLEY, District Judge.*

## ORDER

It has come to the attention of the court that the order filed on August 5, 2004, affirming the judgment of the district court, was entered improvidently. Accordingly, that order is hereby vacated and held for naught; the matter shall be scheduled for oral argument to a panel of the court as soon as is practicable.

IT IS SO ORDERED.